In the Matter of RICHARD SWEETS, Inc., Alleged Bankrupt.

In re Charles KARSH, Appellant.

No. 82.

Circuit Court of Appeals, Second Circuit.

Nov. 6, 1936.

Sol Klein, of New York City (Maurice Lefkort, of New York City, of counsel), for appellant.

Edwin M. Slote and Jacob P. Shulman, both of New York City (Maxwell Slote, of New York City, on the brief), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court for lack of jurisdiction.

---

The TEXAS COMPANY, Appellee, v. LOU HALPERIN'S STATIONS, Inc., Louis Halperin and Joseph Halperin, Appellants.

No. 44.

Circuit Court of Appeals, Second Circuit.

Nov. 2, 1936.

Wilzin & Halperin, of New York City (Michael Halperin and Robert Morris, both of New York City, of counsel), for appellants.

Albert E. Van Dusen, of New York City, for appellee.

Before AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment (15 F.Supp. 404) affirmed.

---

In the Matter of TOWER BLDG. CORP., Debtor.

BALABAN & KATZ CORPORATION v. TOWER BUILDING CORPORATION.

No. 5922.

Circuit Court of Appeals, Seventh Circuit.

Sept. 8, 1936.

Samuel E. Hirsch, J. H. Levi, and Edmund D. Adcock, all of Chicago, Ill., for appellant.

Benjamin F. Goldstein, Harry H. Ruskin, and Walter A. Wade, all of Chicago, Ill., for appellee.

PER CURIAM.

This cause coming on to be heard on the stipulation of parties in the above-entitled appeal that said appeal be dismissed without costs, all costs having been paid,

The court orders that the above-entitled appeal be, and the same is hereby, dismissed without costs, all costs having been paid, and that appellant's bond for $100,000 be canceled and all liability thereunder discharged.